No. 78–1944.  STEWART v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND.  Ct. App. Md.  Certiorari denied.  ■

No. 78–1946.  WILKES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–1947.  ABRAMOVICH v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF BROOKHAVEN ET AL., SUFFOLK COUNTY, NEW YORK, AKA THREE VILLAGE CENTRAL SCHOOL DISTRICT No. 1.  Ct. App. N. Y.  Certiorari denied.

No. 78–1948.  BORRE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–1949.  PARDON-GONZALEZ ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6333.  WING v. WHITE, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 78–6378.  CHRISTIAN v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 78–6388.  CLEMENT v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 78–6406.  BECK v. HANBERRY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 78–6424.  PONTING v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 78–6454.  FOX v. HOPPER, WARDEN.  Super. Ct. Ga., Tattnall County.  Certiorari denied.